UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JANIS ATWATER, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-01267-JMS-MG |
| | ) | |
| WALMART STORES EAST, LP, | ) | |
| | ) | |
| *Defendant.* | ) | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Mario Garcia's Report and Recommendation in which he recommends that the Court dismiss this case with prejudice as a sanction under Fed. R. Civ. P. 41(b) due to Plaintiff Janis Atwater's failure to prosecute the case. [Filing No. 23.] Ms. Atwater has not objected to the Report and Recommendation and the deadline for doing so has expired.

The Court agrees with Magistrate Judge Garcia's recommendation that the circumstances of this case warrant dismissal with prejudice as a sanction under Fed. R. Civ. P. 41(b) for failure to prosecute. Specifically, the Court notes that Ms. Atwater failed to appear at a December 19, 2025 initial pretrial conference; failed to timely respond to Magistrate Judge Garcia's December 23, 2025 Minute Entry instructing her to show cause as to why her case should not be dismissed for failure to prosecute her claims; and failed to respond to Magistrate Judge Garcia's January 30, 2026 Order to Show Cause which warned that "[f]ailure to respond will result in an entry recommending dismissal of this action." [Filing No. 17; Filing No. 20.] While Ms. Atwater filed several documents on the day that her response to the January 30, 2026 Order to Show Cause was due – including a letter from Ultimate Medical Academy congratulating her on completing the

1

first week of a program and an Information and Authorization Form for Ultimate Medical Academy – these documents do not address her failure to prosecute her case. [Filing No. 22.]

The Court **ADOPTS** the Report and Recommendation, [Filing No. 23], and, for the reasons discussed in the Report and Recommendation, **DISMISSES** this case **WITH PREJUDICE** under Fed. R. Civ. P. 41(b). Defendant Walmart Stores East, LP's Motion for Summary Judgment, [14], is **DENIED AS MOOT**. Final Judgment shall enter accordingly.

Date: 3/27/2026

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**

**Distribution via United States Mail to:**

Janis Atwater
657 Metairie Drive
Greenwood, IN 46143

2